**OFFICE OF THE**

# FEDERAL DEFENDER

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

*MSBA Certified Criminal Law Specialist

JAMES BECKER
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
SIRI CARLSON MCDOWELL
AMBROISE DECILAP
KATE ADAMS
Assistant Defenders

January 30, 2026

**<u>VIA U.S. MAIL</u>**
Honorable Douglas L. Micko
United States Magistrate Judge
United States District Court
316 North Robert Street
St. Paul, MN 55101

Re:    *United States v. Georgia Thomas James-Jones*
       Case No.:  26MJ011 (DJF)

Dear Judge Micko,

I write to inform the Court the parties anticipate resolving this case and are working out final terms.  The parties are requesting the preliminary hearing scheduled for February 3, 2026 be canceled.  Mr. James-Jones reserves the right to resume litigation should negotiations break down, and the government has agreed that he has that right, but the parties do not anticipate that happening.

Sincerely,

*s/ Robert Meyers*

ROBERT MEYERS
Assistant Federal Defender

RM/sls

cc:    Benjamin Bejar, AUSA